SQUIRE PATTON BOGGS (US) LLP
Michael W. Kelly (State Bar # 214038)
michael.kelly@squirepb.com
Michelle M. Full (State Bar # 240973)
michelle.full@squirepb.com
Suzanne S. Orza (State Bar # 312906)
suzy.orza@squirepb.com
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:    +1 415 954 0200
Facsimile:    +1 415 393 9887

Attorneys for Defendant
CINTAS CORPORATION NO. 2, *erroneously named as* CINTAS CORPORATE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK CASSINGHAM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CINTAS CORPORATE SERVICES, INC.,<br><br>Defendant. | Case No. 5:17-cv-05014-BLF<br><br>**DECLARATION OF MATT WALLACE IN SUPPORT OF OPPOSITION OF DEFENDANT CINTAS CORP. NO. 2 TO PLAINTIFFS' PRE-DISCOVERY MOTION FOR CONDITIONAL CLASS CERTIFICATION AND COURT-SUPERVISED NOTICE TO POTENTIAL OPT-IN PLAINTIFFS PURSUANT TO 29 U.S.C. § 216(b)**<br><br>Date:        March 22, 2018<br>Time:       9:00 a.m.<br>Dept:        Courtroom 3, 5th Floor<br>Judge:      Hon. Beth Labson Freeman<br><br>Trial Date:    Not set yet<br>Date Filed:   August 29, 2017 |

## DECLARATION OF MATT WALLACE

I, MATT WALLACE, declare as follows:

1. I am the National Human Resources ("HR") Director for the Fire Protection Division at Cintas Corporation. I have been in this position for approximately two (2) years. I have been employed with Cintas for approximately eighteen (18) years. Before my role as the National HR Director for the Fire Protection Division, I was a Regional HR Director within the First Aid and Safety Division and Fire Division. Prior to that role, I was employed in various HR capacities within Cintas, largely working within the Global Supply Chain network, which involves Cintas' manufacturers and suppliers. The matters set forth below are within my personal knowledge and, if called upon as a witness, I could and would testify competently thereto.

2. Throughout my roles at Cintas, I have become familiar with Cintas' business operations generally as well as operations specific to the Fire Division. I am familiar with Cintas' record keeping practices, including Cintas' maintenance of files and records, personnel files, employment-related records, and payroll records that are kept and maintained in the usual and ordinary course of business. I have access to such records as the National HR Director.

3. Currently, there are approximately 560 hourly Fire Service Technicians ("FSTs") at Cintas Locations nationwide, across fifty-five (55) different Locations and across twenty-six (26) different States.

4. The vast majority of FSTs have signed an Employment Agreement, which contains an agreement to arbitrate any claims or disputes with Cintas.

5. Local and regional managers control whether any adjustments to the policies should be made for particular drivers, and the ability of local managers to do so is reflected within the Fire Protection Drive Time Policy (FIRE Policy #2030, Reviewed and revised May 20, 2016). Regular approval of time records and time worked is also controlled at the Location level, directly by the manager at each Location.

6. Across Cintas nationwide, there are several different types of FSTs. Generally speaking, FSTs have varying job titles and may perform different tasks. Some perform tasks specific to Sprinkler Systems, others may focus on Pre-Engineered Systems (related to kitchens

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

1

DECLARATION OF M. WALLACE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' PRE-DISCOVERY MOTION FOR CONDITIONAL CLASS CERTIFICATION—Case No. 5:17-cv-05014-BLF

010-8557-1779/2/AMERICAS

or other fire suppression systems), Alarm Systems or other types of fire-related safety devices. Within those categories, FSTs may also specifically focus on testing, inspection or repairing, depending on their skill level and training. FSTs may also be differentiated with a Level I, II, III or IV designation, which indicates that the FST is certified by the National Institute for Certification in Engineering Technologies ("NICET"). Further, because of certain local municipality and state law requirements, certain regions require additional certifications of FSTs. Different FSTs would be subject to a different rate of pay based on these distinguishing job duties and qualifications.

7. Depending on the size of the Location, the subset of the technicians and whether there are special rules or laws governing the training/certification of FSTs, different Cintas Locations utilize FSTs differently and may have different practices from one another. For example, at certain Locations, FSTs will commonly be in teams for inspections or repairs. Certain FSTs may work more regularly in pairs, or with an apprentice, whereby they meet for the day at the Location and drive together in a single company vehicle from the Location to the customer site. Certain FSTs are also responsible for larger clients, which require them to work at a single customer site for a longer period of time (for example, a hotel, which would have hundreds of fire detectors and/or sprinklers). Under those circumstances, the FSTs working together might drive to the site independently or together using the same company vehicle. In addition, there are certain Locations and FSTs who do not take their Cintas-issued vehicles home and instead park the vehicles at the Cintas Location at the end of each shift.

8. In my experience, it would be highly unusual for an FST to be checking oil and radiator fluids under the hood on a daily or even twice a day basis. This would likely only occur if the driver had observed a specific problem and in that event, the vehicle would be promptly scheduled for special maintenance. Cintas also has a robust Preventative Maintenance schedule whereby vehicles are sent to a service mechanic at regular intervals to ensure the vehicles are in good working order.

2
DECLARATION OF MATT WALLACE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' PRE-DISCOVERY MOTION FOR CONDITIONAL CLASS CERTIFICATION—Case No. 5:17-cv-05014-BLF

010-8557-1779/2/AMERICAS

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct.  Executed on the 5th day of December 2017, in Mason, Ohio.

*/s/ Matt Wallace*

3
DECLARATION OF MATT WALLACE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' PRE-DISCOVERY
MOTION FOR CONDITIONAL CLASS CERTIFICATION—Case No. 5:17-cv-05014-BLF

010-8557-1779/2/AMERICAS

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

**ATTESTATION STATEMENT**

I, Michelle M. Full, am the ECF User whose identification and password are being used to file this DECLARATION OF MATT WALLACE IN SUPPORT OF OPPOSITION OF DEFENDANT CINTAS CORP. NO. 2 TO PLAINTIFFS' PRE-DISCOVERY MOTION FOR CONDITIONAL CLASS CERTIFICATION AND COURT-SUPERVISED NOTICE TO POTENTIAL OPT-IN PLAINTIFFS PURSUANT TO 29 U.S.C. § 216(b).  Pursuant to Civil L.R. 5-1(i)(3), I attest that I have on file written authorization for any signatures indicated by a "conformed" signature (*/s/*) within this e-filed document.

    */s/ Michelle M. Full*
    Michelle M. Full

4

DECLARATION OF MATT WALLACE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' PRE-DISCOVERY MOTION FOR CONDITIONAL CLASS CERTIFICATION—Case No. 5:17-cv-05014-BLF

010-8557-1779/2/AMERICAS